FORM 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY : | |
| : | **Court No. 23-00239** |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant. : | |

TO:   The Attorney General and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiffs):  Plaintiff, the Archer Daniels Midland Company, is a United States importer of the subject merchandise, phosphate fertilizers from the Russian Federation.  Therefore, plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A).

    Plaintiff actively participated in the administrative review through the submission of written argument and, thus, also is an interested party to the proceeding as defined in 19 C.F.R. § 351.102(b)(36).

    Therefore, Plaintiff has standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as an interested party who was a party to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiffs contest certain aspects of Commerce's final results in *Phosphate Fertilizers From the Russian Federation:  Final Results of Countervailing Duty Administrative Review; 2020–2021*, 88 Fed. Reg. 76182 (Nov. 6, 2023) (Case No. C-821-825).

3. <u>(Date of determination)</u>:  The contested results were issued by Commerce on October 31, 2023.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>:  Commerce published its final results of administrative review in the *Federal Register* on November 6, 2023 (88 Fed. Reg. 76182).

<u>/s/ Warren M. Connelly</u>
Warren M. Connelly
Robert G. Gosselink
Jonathan M. Freed
Kenneth N. Hammer
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE
Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
wconnelly@tradepacificlaw.com

*Counsel to Plaintiff the Archer Daniels Midland Company*

<u>November 13, 2023</u>
Date

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

| | |
|---|---|
| Attorney-in-Charge<br>U.S. DEPARTMENT OF JUSTICE<br>International Trade Field Office<br>Commercial Litigation Branch - Civil Division<br>26 Federal Plaza – Room 346<br>New York, NY  10278 | Jeanne Davidson, Esq.<br>Director<br>Commercial Litigation Branch – Civil Division<br>U.S. DEPARTMENT OF JUSTICE<br>1100 L Street, NW<br>Room 12124<br>Washington, DC  20530 |
| General Counsel<br>U.S. DEPARTMENT OF COMMERCE<br>14th Street & Constitution Avenue, NW<br>Room 5875<br>Washington, DC  20230 | Chief Counsel<br>Office of the Chief Counsel for Trade Enforcement & Compliance<br>U.S. DEPARTMENT OF COMMERCE<br>14th Street and Constitution Ave., NW<br>Room 3622<br>Washington, DC 20230 |

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)