# United States Court of International Trade
## Honorable Jane A. Restani

## Appearance Sheet

Docket No. 23-00239
Oral Argument
April 8, 2025
11:00 a.m.
Courtroom 1
Jurisdiction 1581(c)

Archer Daniels Midland Company et al,

Plaintiffs,
v.
United States et al,

Defendants.

_____

## Counsel

**Plaintiff**
**Warren E. Connelly** (Archer Daniels)
Trade Pacific PLLC

**Plaintiff-Intervenor/Consol. Plaintiff** (JSC Apatit)
**Jonathan Stoel**
**Maria Arboleda Gonzalez**
Hogan Lovells US LLP

**Defendant**
**Sosun Bae**
U.S. Department of Justice
**Kenneth Kays**
U.S. Department of Commerce

**Defendant-Intervenor/Consol. Plaintiff** (Mosaic)
**David J. Ross**
**Stephanie Hartmann**
Wilmer, Cutler, Pickering, Hale & Dorr, LLP