UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY,<br><br>    Plaintiff,<br><br>and<br><br>JOINT STOCK COMPANY APATIT,<br><br>    Plaintiff-Intervenor, and<br>    Consolidated Plaintiff,<br><br>and<br><br>THE MOSAIC COMPANY,<br><br>    Consolidated Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br>    Defendant,<br><br>and<br><br>THE MOSAIC COMPANY,<br><br>    Defendant-Intervenor,<br>    and Consolidated<br>    Defendant-Intervenor,<br><br>and<br><br>JOINT STOCK COMPANY APATIT,<br><br>    Consolidated Defendant-<br>    Intervenors. | Consol. Court No. 23-00239 |

**MOTION TO SUPPLEMENT THE JOINT APPENDIX**

Consolidated Plaintiff The Mosaic Company hereby motions for leave to supplement the Joint Appendix filed on February 25, 2025. Tab 15 of the Joint Appendix filed on February 25, 2025 is an excerpt of the benchmark submission of Joint Stock Company Apatit ("JSC Apatit"),

2

P.R. 142-155, C.R. 178-191. This excerpt did not include Appendix 7 of JSC Apatit's benchmark submission. We respectfully request leave of the court to supplement the Joint Appendix to include Appendix 7 to JSC Apatit's benchmark submission as Tab 47. We are filing with this motion an updated table of contents for the Joint Appendix and Tab 47, as well as a proposed order.

    Respectfully submitted,

    /s/ Stephanie E. Hartmann
    David J. Ross
    Jeffrey I. Kessler
    Stephanie E. Hartmann
    Wilmer Cutler Pickering Hale and Dorr
       LLP
    2100 Pennsylvania Avenue NW
    Washington, DC 20037
    Telephone: (202) 663-6300
    Facsimile: (202) 663-6363
    Email: stephanie.hartmann@wilmerhale.com

    *Counsel for The Mosaic Company*

Dated: April 17, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE JANE A RESTANI, JUDGE

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY,<br><br>    Plaintiff,<br><br>and<br><br>JOINT STOCK COMPANY APATIT,<br><br>    Plaintiff-Intervenor, and<br>    Consolidated Plaintiff,<br><br>and<br><br>THE MOSAIC COMPANY,<br><br>    Consolidated Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br>    Defendant,<br><br>and<br><br>THE MOSAIC COMPANY,<br><br>    Defendant-Intervenor,<br>    and Consolidated<br>    Defendant-Intervenor,<br><br>and<br><br>JOINT STOCK COMPANY APATIT,<br><br>    Consolidated Defendant-<br>    Intervenors. | Consol. Court No. 23-00239 |

## **PROPOSED ORDER**

Upon consideration of The Mosaic Company's Motion to Supplement the Joint Appendix, it is hereby

**ORDERED** that Mosaic's motion is granted; it is further

**ORDERED** that the new Tab 47 shall be included in the Joint Appendix.

                                                                               Jane A. Restani, Judge

Dated: _____
       New York, New York