**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JANE A. RESTANI, JUDGE**

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY, <br><br>                Plaintiff, <br><br>and <br><br>JOINT STOCK COMPANY APATIT, <br><br>                Plaintiff-Intervenor, and Consolidated Plaintiff, <br><br>and <br><br>THE MOSAIC COMPANY, <br><br>                Consolidated Plaintiff, <br><br>        v. <br><br>UNITED STATES, <br>                Defendant, <br><br>and <br><br>THE MOSAIC COMPANY, <br><br>                Defendant-Intervenor, and Consolidated Defendant-Intervenor, <br><br>and <br><br>JOINT STOCK COMPANY APATIT, <br><br>                Consolidated Defendant-Intervenors. | Consol. Court No. 23-00239 |

## CONSOLIDATED PLAINTIFF THE MOSAIC COMPANY'S POST ARGUMENT SUBMISSION

In accordance with the Court's order of April 17, 2025, ECF No. 73, Consolidated Plaintiff The Mosaic Company respectfully submits this post argument submission regarding issues not fully addressed during oral argument. As explained below, Commerce's decision to limit phosphate rock benchmark prices to countries with igneous phosphate deposits is reasonable, supported by substantial record evidence, and otherwise in accordance with law.

Commerce explained in the Final Results that the record evidence shows the "production of phosphate rock from igneous deposits involves different production steps, and hence different production costs, compared to the production of phosphate rock from sedimentary deposits." IDM at 30, P.R. 242, ECF No. 23-5. Commerce cited several exhibits in Mosaic's benchmark submission in support of these factual findings, *id.* at 30-31, and identified the following differences in the production processes used to beneficiate phosphate ore from igneous deposits and from sedimentary deposits: (1) a grinding step used in beneficiation of igneous phosphate ore; (2) different waste disposal steps for sedimentary phosphate ore; and (3) additional processing steps used to remove impurities found in sedimentary ore, such as heating to very high temperatures. *Id.*

These findings are supported by the record evidence. Specifically, an exhibit in Mosaic's benchmark submission provides the following chart of production steps for mining and beneficiation of igneous phosphate rock as compared to sedimentary phosphate rock:



Fig. 2. Mining and beneficiation of sedimentary (a) and igneous (b) phosphate ore [8].

The example of a generic scheme for mining and beneficiation of sedimentary and igneous phosphate ore is shown in **Fig. 2** [8].

Mosaic Benchmark Submission, Exhibit 19, P.R. 133 at 386. The production process for igneous phosphate rock is shown on the right, in the column labeled (b), while the production process for sedimentary phosphate rock is shown on the left, in the column labeled (a). As Commerce found, the production of igneous phosphate rock involves an "ore grinding" step that is not reflected in the production process of sedimentary phosphate rock. By contrast, the production process for sedimentary phosphate rock entails additional processing to remove impurities (*e.g.*, ore washing/screening; and feed preparation/desliming) as well as waste disposal steps (*e.g.*, disposal of coarse reject, clay waste, and acid rinse water) that are not shown for igneous phosphate rock.

  The record also contains production process flow diagrams for a South African producer, Foskor – which produces phosphate rock from igneous deposits – that accords with the description of the igneous phosphate rock production process above. Mosaic Benchmark

Submission, Exhibit 16(b) at 13-14, P.R. 132. These diagrams show Foskor's igneous ore undergoes crushing/grinding, milling, and flotation, but not the additional processing steps described above for sedimentary phosphate rock:

**FOSKOR is currently mining and beneficiating igneous phosphate rock at Phalaborwa**

**Mining:** Conventional drill, blast, load and haul

**Crushing:** Primary, secondary and tertiary crushing

**Milling:** Wet milling, primary and secondary (rod-mill, rod-mill), Dry milling (Loesche roller mill) and rod-mill, ball mill configuration

**Flotation:** Self aerated conventional and tank cell (Wemco and Ultimate flotation cells) four stage flotation. Fatty acid & sulphonic acid float.

**Filtration:** Horizontal vacuum belt filters

**SIMPLIFIED FLOW DIAGRAM OF BENEFICIATION PROCESS OF THE PHALABORWA PHOSPHATE DEPOSIT**

[Flow diagram showing: Southern Pyroxenite Pit (70%) → Drill & blast Load & Haul → Crushing (P,S&T) Stockpiling Mills (P,S&T) #13–24 → Flotation DSF (20%), Flotation F Bank (38%); Northern Pyroxenite Pit (30%) → Drill & blast Load & Haul → Crushing (P) Stockpiling → Crushing (S&T) Stockpiling Mills (P&S) #A–12 → Flotation E Bank (20%), and Milling Loesche (Dry)/Rod&Ball (Wet P&S) → Flotation Extension 8 (22%); outputs 82-83BPL → Filtration & Stock → Drying and Dispatch → Exports, Domestic Sales; Slurry Pumps → Bosveld Plant]

Filed By: natan.tubman@wilmerhale.com, Filed Date: 3/15/23 12:05 PM, Submission Status: Approved

The differences in the production processes for igneous phosphate rock and sedimentary phosphate rock are relevant because Commerce's tier three benefit methodology focuses on JSC Apatit's costs to mine and process phosphate ore into phosphate rock. IDM at 30. It is undisputed that Russian phosphate deposits are of igneous origin. Mosaic Benchmark

- 3 -

Submission at 4, Exhibit 9, P.R. 132.  The record contains highly detailed information on JSC Apatit's production process and costs to mine and beneficiate its igneous phosphate ore.  JSC Apatit Affiliation & Sec III Suppl QR, Questions 7-24 (Mar. 9, 2023), Exhibit SUPP-12, P.R. 128, C.R. 171-172; JSC Apatit Second Suppl QR (Mar. 23, 2023), Exhibit SUPP-20 & SUPP-21, P.R. 159, C.R. 196-199.  In addition, the record is devoid of evidence showing that JSC Apatit incurs the types of costs that are only relevant to the production of phosphate rock from sedimentary deposits.  It was reasonable for Commerce to infer that the significant differences in production processes used to produce phosphate rock from igneous deposits versus sedimentary deposits would result in different production costs.  IDM at 30.

It is telling that the respondents placed no evidence on the record suggesting the opposite.  In fact, an expert report included in JSC Apatit's benchmark submission corroborates that the production processes and costs to produce igneous and sedimentary phosphate rock differ.  JSC Apatit Benchmark, Appendix 7 at 16-17, 37, P.R. 155, C.R. 191.  This report describes Russian phosphate from igneous deposits as having "completely different type of mineralization" from sedimentary phosphate, *id.* at 16-17, and estimates a 10 percent difference in cost of developing sedimentary deposits as compared to Russia's igneous deposits. *Id.* at 37.  It further states that ore developed from sedimentary deposits "does not have the same value as the Russian ore," and that sedimentary phosphate rock is "so different from the concentrate produced by" Russian producers that it could not be used by JSC Apatit in its fertilizer production "given the plants' current metallurgical configurations." *Id.*; *see also id.* at 41.  The expert report concludes that Finland – a source of igneous phosphate rock – would be the most comparable benchmark. *Id.* at 37, 41.  Thus, the record as a whole supports Commerce's finding that the significant differences in production processes for igneous and sedimentary phosphate rock result in different production costs and render them non comparable.

In its briefs and during oral argument, ADM argued that importers in Brazil, India, Japan, and New Zealand do not distinguish between phosphate rock produced from sedimentary and igneous ore of comparable quality (in terms of BPL content).  ADM Reply at 9-13.  This argument misapprehends the methodology that Commerce uses to calculate the benefit that JSC Apatit receives from the Mining Rights for LTAR program.  The relevant issue for Commerce's methodology is not whether *purchasers* of phosphate rock distinguish between rock produced from sedimentary and igneous ore.  Rather, the relevant issue is the costs that JSC Apatit incurs when it mines and processes the phosphate ore to *produce* the phosphate rock in the first place, as discussed above.  Thus, Commerce's decision to limit its selection of benchmark prices to sources of the same type of rock that JSC Apatit uses for this purpose – namely, igneous phosphate rock from South Africa, Brazil, and Finland – was reasonable and supported by substantial evidence.

We respectfully request that the Court grant our motion for judgment on the administrative record, deny Plaintiff Archer Daniels Midland Company's and Plaintiff-Intervenor and Consolidated Plaintiff JSC Apatit's motions for judgment on the administrative record in their entirety, and remand for reconsideration in accordance with the Court's opinion.

    Respectfully submitted,

    /s/ Stephanie E. Hartmann
    David J. Ross
    Stephanie E. Hartmann
    Wilmer Cutler Pickering Hale and Dorr LLP
    2100 Pennsylvania Avenue NW
    Washington, DC 20037
    Telephone: (202) 663-6300
    Facsimile: (202) 663-6363
    Email: david.ross@wilmerhale.com

Dated: April 17, 2025    *Counsel for The Mosaic Company*