## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY, | |
| Plaintiff, | |
| JOINT STOCK COMPANY APATIT, | Before: Jane A. Restani, Judge |
| Plaintiff-Intervenor, | |
| v. | Consol. Court No. 23-00239 |
| UNITED STATES, | |
| Defendant, | |
| THE MOSAIC COMPANY, | |
| Defendant-Intervenor. | |

## **JUDGMENT**

This case, having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

ORDERED, ADJUDGED, and DECREED that the Final Results of Redetermination Pursuant to Court Remand Order, ECF No. 112-1 (May 6, 2026) is **SUSTAINED**.

  /s/ Jane A. Restani  
Jane A. Restani, Judge

Dated: August 12, 2026  
    New York, New York